**Order entered September 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00941-CV

### IN RE VENKY VENKATRAMAN, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF04-11968**

## ORDER
Before Justices Myers, Molberg and Nowell

Based on the Court's opinion of this date, we **DENY** relator's August 9, 2019 petition for

writ of mandamus.


/s/      KEN MOLBERG
         JUSTICE